CV24-02923-PHX-JJT--JZB

RECEIVED ____ COPY

OCT 2 5 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Jason Fletcher A#129050 N+P-12    *THE PATRIOT IN THE SPIRIT
Name and Prisoner/Booking Number    OF 1976 and 1985. Jason

Saguaro Correctional Center    40 Sheets & 41 Pages. *#4
Place of Confinement    (Sheet 2 sided, nothing else 2-sided.)

1252 East Arica Road    (In Fact Time Line = 30 pages ;
Mailing Address    Pauperis = 3 pages;

Eloy, Arizona 85131    Form = 10 pages;
City, State, Zip Code    Retaliation Chest = 2 pages.

(Failure to notify the Court of your change of address may result in dismissal of this action.)    Exception to Extra sheets is in

MOTION: ORIGINAL PLEASE STAMP &    U.S.C.A. & AZ Constitution.
Assign Case No. & Dkt #, thank you.    THIS IS ALSO A
Have a Wonderful day, Jay.    CRIMINAL REPORT.

**IN THE UNITED STATES DISTRICT COURT**    Local Rule 3.4 (16p Xtra) goes
**FOR THE DISTRICT OF ARIZONA**

Jason Fletcher 09/07/1976 ,    FRCP 4 (m) Exception to Summons app.
(Full Name of Plaintiff)    FACTUAL CIVIL ACTION COMPLAINT
    FACTS VERIFIABLE. 623-466-1999
Plaintiff,    (Bell Atlantic Corp v. Twombly &
    Ashcroft v. Iqbal Precedential Law).
v.
    CASE NO. _____
(1) State of Arizona (Nominal/    (To be supplied by the Clerk)
(Full Name of Defendant)    Medium)    Title: CoreCivic Crime, Investigation

(2) Pinal County Supreme Court,    **CIVIL RIGHTS COMPLAINT**
    **BY A PRISONER**
(3) CoreCivic (as Previous Owner    Private Proceedings Requested Not w/
        Todd Thompson et. al)    Jury Demand Rights. J.t.

(4) CC Employees as listed.    ☒ Original Complaint *
    ☐ First Amended Complaint (Timeline Addition)
Defendant(s).    ☐ Second Amended Complaint
    PHOENIX FBI 623-466-1999
☒ Check if there are additional Defendants and attach page 1-A listing them.    SUIT VERIFYABLE.
Full list on the First Amended Comp.    OATH: Jason Fletcher
DOJ investigation ongoing.    * Waiting on Copies.

**A. JURISDICTION**

1. This Court has jurisdiction over this action pursuant to:
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983 §1985(3) & RICO enhancement U.S.C [52] *
   ☒ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☒ Other: U.S. District Court Arizona (NO PINAL)

2. Institution/city where violation occurred: Saguaro Correctional Center & Eloy & Casa
   Grande, & Phoenix & other states.
   Mafia type action in CoreCivic    **550/555**
Revised 12/1/23 Supremacy Clause Prayer.    1    (exact U.S.C. Code n.a.)
* EXCESS OF 15 PAGES HANDWRITTEN    * To combine action
AND CRIMINAL FACTS TO DOJ EXCEPT-    and further into
ION NEEDED. DENIAL ILLEGAL.    criminal investigations later.

## B.  DEFENDANTS

1. Name of first Defendant: _State of Arizona_ . The first Defendant is employed
as: _Official Capacities_ at _D.O.C. & Governmental Agencies et.al._
_May be nominal and Injunctive for Civil Action._
(Position and Title)                (Institution)

2. Name of second Defendant: _Pinal County Court_ . The second Defendant is employed as:
as: _Supreme Court et.al._ at _Governmental Agencies (et.al.)_
_Corruption Verifiable  623-466-1999 ; Now State Jurisdiction & Pos. Federal._
(Position and Title)                (Institution)

3. Name of third Defendant: _CoreCivic Company (of Old)_ . The third Defendant is employed
as: _Todd Thompson & other old Owners._ at _(All) & Saguaro Correctional Center_
_New Owner will be a good man—NO SUIT._  Nation-Wide
(Position and Title)                (Institution)

4. Name of fourth Defendant: _CoreCivic Employees_ . The fourth Defendant is employed
as: _Saguaro, Red Rock, LaPalma, Detention_ at _Nation Wide Company in Other_
_Hub (et.al)_  States = 20.
(Position and Title)                (Institution)

**If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.**

## C.  PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☐ Yes  ☒ No

✳2. If yes, how many lawsuits have you filed? _0_ . Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _Jason Fletcher_ v. _CoreCivic_
      2. Court and case number: _Pinal County Denied w/o Stamp or # Clerk_
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _Pinal County Cited 2 Sided pages in large number as a "Prompt" for denial, (more like Conniving & Bribe Handling by CoreCivic._

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____
      3. Result: (Was the case dismissed?  Was it appealed?  Is it still pending?) _____

**If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.**

✳2. Clerk was arrested for bribe-
taking etc. 623-466-1999 FBI verify.
Additional DKts from from ICPN-23²-000020 &
ICRIC-21-000352 same case will be found
helpful from Hawaii District & Supreme Court.
                                              Jason.

## D.  CAUSE OF ACTION

CoreCivic (3)(4) Defendants, **COUNT I**

1.  State the constitutional or other federal civil right that was violated: Life; Liberty; Freedom; Humane Conditions; Discovery; Due Process; Food; and the Following;

2.  **Count I**.  Identify the issue involved.  Check ~~only one~~ All.  State additional issues in separate counts.
    - ☒ Basic necessities
    - ☒ Mail
    - ✳ ☒ Access to the court/DOJ ☒ Medical care
    - ☒ Disciplinary proceedings
    - ☒ Property
    - ☒ Exercise of religion
    - ☒ Retaliation
    - ☒ Excessive force by an officer
    - ☒ Threat to safety
    - ☒ Other: Refer to (1.)

✳ NO COPIES/NO LAW LIB/NO HYPOGLYCEMIC DIET.

3.  **Supporting Facts.**  State as briefly as possible the FACTS supporting Count I.  Describe exactly what **each Defendant** did or did not do that violated your rights.  State the facts clearly in your own words without citing legal authority or arguments.

CoreCivic Employees are 100% War criminals (under that procedure too):

| | |
|---|---|
| VERIFY: | 1) Murder |
| PHX FBI | 2) Attempted Murder (Me & My Family) |
| 623-466-1999 | 3) Kidnapping (My Family) |
| | 4) Wrongful Imprisonment (My Family & Me.) ✗ Note My Family have no crimes & my wrongful imprisonment is of a less hanous but still honeous nature. My Family, all of them, combined, have Ø charges or Arrests ever. I'm the only one. |
| Discovered → as a medium 1½ years ago with reports to DOJ. | 5) Embezzlement of Homes, Banks, Municipalities, Governmental Systems & Operations all with Diabolical Intent as a 'Mafia' under the Official Right of a Governmental Agency CoreCivic Business...etc.. |
| | 6) Food Disturbances & Poisoning. |

4.  **Injury.**  State how you were injured by the actions or inactions of the Defendant(s).
Mental & Psychological & Emotional & Financial. Beahler has embezzled directly from my spendable account funds at $14,000 and $30,000 and $1900 Verify FBI 623-466-1999

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ~~They dont follow procedure/or practices.~~ ☐ Yes ☒ No
    b.  Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
    c.  Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not.  Extortion/Intimidation/Threats & Retaliation/ and they have delivered OUR AIR TARNEX in the 3 to 10 forms

Chemicals: Tarnex 1, 2, 3, & 3000 & Kicker. CIA Agents, excuse the pun.
- They get the chems from Wayne Adams (CIA Subterfuge/take over) VERIFY PHX FBI 1623-466-1999                     Partial department
Counts in the thousands
Oath: Jason Dritcher; Please assert as Cognizable Basis for Relief.

✳

<u>Retaliation to inmates at Saguaro</u>

Smith V. Campbell, 250 F.3d 1032 (6th Cir. 2001)
(actionable claim stated when prisoner is retaliated
against for exercising his/her Constitutional rights.

Higgs V. Carver, 286 F.3d 437 (7th Cir. 2004)
~~(~~ ~~)~~ (pretrial det-
ainee stated viable claim when prisoner
officials segregated inmate in retaliation
for filing a law-suit.

Walker V. Thompson, 288 F.3d 1005 (7th Cir.
2002) (Prison officials retaliation against a prisoner
for exercising right to use law library by
refusing to allow him exercise outside of cell
constituted cognizable claim under §1983)
• Hamilton V. Leavy (violent act against "snitch")
Atkinson V. Taylor, 316 F.3d 257 (3rd Cir.
2003) (retaliation claim stated when prisoner
alleged officials placed him on administrative
segregation, denied access to legal materials,
food, and harrassed him for filing law suit.)

Nei V. Dooley, 372 F.3d 1003 (8th Cir. 2003)
(inmate stated viable claim of retaliation
for filing civil rights lawsuit, based on

allegations of denial to access prison law library).

Silva v. DeVittorio 658 F.3d 1090 (9th Cir. 2011) (where prisoner's legal papers were confiscated in order to prevent his testimony against officials, prisoner stated viable retaliation claim).

Bruce v. Ylst ; Powell v. Alexander ; Fogle v. Pierson ; Simpson v. Nickel ; Nelson V. Shuffman; King V. &Zamiara ; Gomez V. Randle.

The Administrative Procedures Act.
The Federal title 5 U.S.C. §702, the Administrative Procedures Act (APA) allows judicial review of the questionable acts or omissions of administrators. Under the APA prisoners may seek the enforcement of federal regulations, statutes, and the Constitution, but they may not seek an award of money damages. (in part for inj.)

Writ of Mandamus
A mandamus is a court order issued to direct government officials or agencies to carry out duties that they are required to do by law.

IN PART- TIME LINE CC.
~~XXXXXXX~~ Needed by DOJ 623-466-1999

August 18, 2022

Arrived at Saguaro Correctional Center from Halawa in Aiea, HI. Case# ICPC-21-0000 1352, erroneously convicted of 2nd Degree Assault. HPD-13 hospital report NO INJURY. D-1 Diagram and Photo show no bruise. Culpible of PETTY Scuffle, petty misdemeanor. NO CRIMINAL intent however so only Culpable of equity. Criminal Victim Charge $105.00 being paid through Inmate Financial Responsibility Plan. (My claim to innocence is well known and might be backed by the good men and women at the FBI Phoenix: 623-466-1999. Please call. I am a good man.) They may have copies of all the "Inmate Request Forms" and this time line to help aid their investigation into the corruption here at CoreCivic. *Jason Fletcher* 01/13/2024.

Aug 31, 2022

Requested 1st Law Library. Reply by D. BOIS 9-1-2022, the next day, was to come to recreational library on Tuesday.

Aug 31, 2022

Requested Law Library. Reply by D. BOIS was similar on 9-2-2022 and told me to write to programs for my GED Verification. (I never got verification and was forced to retake my GED - No big deal.)

Between August 31 and October 4, 2022, I made a request to make a "missing persons" report for my father, Vietnam war hero, and his wife, my stepmother in captivity, and I was told by a correctional officer, "I don't give a damn about your family — not my problem!" I tried to object through the door, but he cut me off denying my request to make a formal report. I remember how much PREA in Las Cruses, New Mexico helped me fax reports to the Washington D.C. F.B.I., so I called PREA to ask assistance in reporting captives and was told that they needed an offense in the prison to make any response, which was not the case from before, but I had an offense of a gaurd cursing my family members in captivity and therefore made the report. Witness, CC Hernandez (CM). A week, or so later, Grievance Coordinator Mr. J. Pagani came to Unit J where I was housed and was very aggressive about using the phone to talk to PREA. I made an honest report about my family being kidnapped and how the gaurd made fun of me, snapping at me. He said that that wasn't a PREA issue. He held no pen the whole time. Wrote nothing down. Belittled me. Said that I wasn't allowed to report any crimes through PREA. Hernandez witnessed that.

A week or so later Pagani sent me to Maximum housing though I only had "9" points which is medium custody. When I asked SueSue why I was going to Max when I only had 9 points, she stated that CoreCivic didn't have to follow Halawa's guidlines because I am now in Arizona. I cannot prove a connection, but I am suspicious of the occurance. Pagani bribe-taking to stop my reporting "his/CoreCivic employee bribe-takers" might be proved by calling Phoenix FBI.

Public Officials that I know took bribes:

partial draft. list.

| | |
|---|---|
| Principal Prososky | HI Contact Monitor Beehler |
| Paralegal Cardon | Business Office Murray |
| Librarian Mcfarland | |
| Unit Manager Alexander | * there are many more, for |
| Unit Manager Booker | some of this was held down |
| Unit Manager Long | ambidexterously and |
| CO Mendoza | through phony companies, |
| CO Areola | even signed for, a second |
| CO Rivera | pay check in direct conflict |
| CM Fields | with CoreCivic and its original |
| CO Shimmer | purpose, and in direct |
| Assistant Warden Bradley | conflict with the United |
| Chief of Security Russell | States government. |
| CO (Pouches) West | |

/s/ Jason Fletcher

Address for PREA Las Cruces New Mexico: Proof
that I have been writing to the Federal DOJ since
October 19, 2019. The first letters they helped me fax
was Nov or Dec 2019.

PREA Las Cruces New Mexico
Dona ana County
845 North Motel Boulevard
Las Cruces, NM 88007
575-647-7200

October 4, 2022
Informed by Cj that my minimum hearing is scheduled
for 10/28/2022, 10/08/2022.

October 4, 2022
Informed on or about 10/08/22 that Core Civic,
erroneously, did not have access to who was
my legal counsel after I informed them
that the phone calls don't work to the public
defender's office & I was informed that my
minimum hearing was scheduled 10/28/2022.

Note ——→  PROBLEM: Jason Ortohi, Deputy Public Defender,
had admitted to me on phone that he took money
that he shouldn't of & that I was innocent
because HPD-13 proves "no injury" very much
needed for a second degree felony, usually

"Substantial" for second degree assault, but with a third degree assault even regular bodily injury is needed which with the proof of APD-13, there is no injury, not even a red mark as seen in D-1 photo and D-1 diagram. These were supressed, illegally, by Onishi to secure his gratuity/bribe bonus by giving the prosecution the ability to put me in prison to inhibit my ability to report crimes of Onishi's-bribe-giver kidnapping my family. In Onishi's Motion to withdraw as counsel, 19 December 2022, he admits to breaking Hawaii Professional Rules of Conduct 1.6 Confidentiality and Conflict of Interest, 1.7 Conflict of Interest, 1.8 PROHIBITED TRANS-ACTION, and 1.9 Former Client and Conflict of Interest. In that motion Onishi also admits to violating my United States Constitution Amendment 6-Due Process, 14-Equality and Due-Process and Hawaii State Constitution Article 1 Section 14. This is all admitted CONCLUSIVELY in Jason Onishi's Dkt. 58 Mot. Motion to Withdraw and Appoint Substitute Counsel, Electronically Filed in Hawaii First Court Circuit, 1CPC-21-000 1352, 19-DEC-2022, Hearing Date 1/3/2023. And going back to the note on Oct 4, 2022 about Oct 28, 2022 Court Date because Onishi had already told me he took a bribe,

The Matter !

I had no lawyer to assist me in my minimum hearing! Furthermore, in the blacked-out Presentence Investigation, which wasn't blacked out at the time was tampered evidence with fabricated criminal history by Jason Onishi. Jason Onishi's briber paid Onishi to "Amplify" my criminal history in the hopes to discredit me (1) in court and (2) to FBI and Police for future reports given to them by me in good faith to save lives, Just call the FBI in Phoenix. More importantly I am being followed on the streets by Jason Onishi's briber to squash my good-deed reporting crimes to government agency FBI, in good faith to my family in captivity and community. In fact, the day of my arrest October 29, 2021, I called the Beretania Police Department to report gun shot and a laser that squiggled accross my person, 2 blocks from the Straub where they dropped me off at the 7-Eleven. I CALLED FIRST! No Criminal Intent proven that I was scared for my life that day and dropped off 2 blocks away from where a gun-man scoped me down with his laser and sniper-rifle! The report numbers proving this are: HPD Report #21-456819, and HPD Report 21-456781, one

being the Police Report and the other being
more about the Ambulance ride for heart attack
symptoms. Then Straub, the quick buck clinic,
decides to discharge me with papers, concluding
malpractice, sending me out the front door to
a place, monitored, most likely by my father's
Captors hit man, Jason Onishi's briber.
Straub is "generally Known" in Hawaii as Straub the
"quick-buck-clinic" See, e.g., Chang V. Straub and
Hosp., Inc., 2014 U.S. Dist. LEXIS 1906. "HPS of
Straub are driven soley by financial gain and
bottom lines" Chang said he and Topolinski were
fired as a purely financial reason because they
were getting paid well for long service. Susan
Matagi terminated because she filed a grievence
with the Fair Treatment and Arbitration Process
(FTAP). Unpleasant dealings with Ray Vera CEO.
Art Gladstone did an inadequate investigation. Matagi
was reinstated to the Compliance Office. 1st Admin-
istration aware that the Straub grapevine is
full of anecdotal stories of long term employees
being unfairly let go & many employees are conc-
erned with age and wage discrimination and
those who challenge managment; Reliance Insurance
Company V. Doctors Co. 299 Supp. 2d 1311,
February 4, 1999 Magday and his wife filed a
medical malpractice suit against Straub

in Hawaii State Court. Arsenio J. Magday and
Esther Magday V. Straub Clinic and Hospital
Inc. Suffered injuries as a result of negligence
by Straub 3.3 million was paid out; Mroczkauki
V. Straub Clinic and Hospital 6 Haw. App 563, cJ
Burns alleging malpractice and negligent failure
to obtain the patient's informed consent to surgery.
Appeal Nov 7, 1985; Ontai V. Straub Clinic and
Hospital, 66 Haw 237, Ontai V. Straub Clinic and
Hos., Ontai was injured because of a colon
proceedure.; Aoyagi V. Straub clinic & Hospital.;
Inc. 140 F. Supp. 3d 1043; Aoyagi. V. Straub
Clinic & Hospital Inc., 2015 U.S. DIST LEXIS
171143, 2.176.28 Stenographic.; United States
ex rel. McCarthy V. Straub Clinic & Hospital.;
※ Inc., 140 F. Supp. 2d 1062, Straub violated the
False Claims Act and payed 2.4 Million to the
government for corruption. Corporate Integrity
Agreement which governs Straubs billing practices
& ensures that it would submit claims properly.
Dist #I Court April 13, 2001.; Kaheana Chang
V. Straub Clinic & Hospital. Inc., 670 Fed.
Appx. 591 — Straub discrimination Claim.; Smith
V. Straub Clinic & Hospital 2006 Haw. App.
LEXIS 72, Ramona M. V. Smith was bullied into
taking extra medical exams after she had
taken an IME.

Yasuda V. Straub Clinic & Hospital 1998 U.S. App. LEXIS 9611, June Yasuda argued that Tanaka breached his duty to aid Kozo Yasuda by escorting him to Doctors on call instead of calling 911. June argues that he was denied relevant standard of medical care. Expert testimony was needed for a better outcome for Yasuda.; Briscoe V. Tanaka, 76 Haw. 380X, (custodian of medical records) - Could not get his records from Straub showing deceit on Straub's part.; Carr V. Strode, 79 Haw. 475, Carr did not give Straub permission to have a vasectomy.; Smith V. Straub Clinic & Hosp. Inc., 2008 Haw. App. LEXIS 688.; (Straub & Hawaii Pacific Health are same company), Woodruff V. Haw. Pac. Health, 2014 Haw. App. LEXIS 26., State of Hawaii Department of Health rules for broad services hosp. require a hospital to establish an organized medical staff responsible for the quality of medical care provided to patients and for the ethical conduct and professional practices of its members. Haw. Admin. R. 11-93-22 (1992). The medical staff, in turn, is required to develop and adopt by laws and rules to among other things, establish a framework of care.

Nov 21, 2022

Moved to Hide, maximum security side, a move made by Bradley and Pagani to get me out of their hair about missing person's reports and extra library time. My points were only 9 from Habala, one point over minimum, making me medium status, not Max. Sue Sue and Fernandez said CoreCivic makes their own decisions and offered me no more for the reason than that. Also wouldn't see Bradley as much in Hide.

December 21, 2022

See Bradley is the Assistant Warden of Operations and I saw him daily going to chow in J Unit, or Juliet. In Hide the food was brought to us stopping my ability to talk to the Warden though I was always amicable I asked difficult questions to Bradley, that exposed him as a crook. On Dec 21, 2022 in a IRF I talked to Bradley about sitting down and talking about my missing family members, TO THIS DAY NO ONE HAS SAT DOWN WITH ME TO TALK ABOUT THEIR WHERE-ABOUTS. As far as I know, they might now be out of captivity, captivity from 2016 to 2024, now free because of my reports and the beautiful work of honest and good FBI and police. God Bless us all. In this IRF I explain in writing that my dad, in captivity at the

time, was an electrician on a small gun boat with the United States Navy Seals in Vietnam, a War Hero with heraldry heavy laden upon his sleeve, a retired United States Master Chief with the United States Navy, served from 1969 to 1989 and bore son in the spirit in 1976, my mother served 16 years with him, and my step mother served 16 years on her own and retired as chief in 1990 and too was taken into captivity by Assistant Warden Bradley's gratuity provider.

January 1, 2023
Got permission by Warden Wead to buy a typewriter to write a book. Later denied by Bechler, also part of the corruption at Saguaro Correctional Center. She's held on to that typewriter for over 6 months now. Something about too many ribbons. I paid for 30 to make sure that the book was seperated from "Numbers for Angels" and "Other poetry" for the "Eclectic" or "Websters". They are scared about my legal letters to the government exposing the breadth of their corruption and two fisting bitch made meat clutch get rich system. Bechler Hawaii Contact Monitor who writes grants for CoreCivic during HI Paroling Authority pays her

to bank inmates for their time and their money. Embezzler extrordinair. Just call the Phoenix FBI and ask them what her nickname is 623-466-1999. I call her Dishonest Services Broad.

Jan 23, 2023
Take Note: Cardon the Paralegal gives me print-outs proving that my case is fightable. He prints me my West Law definition of 2nd degree assault, I learn that I am innocent of even 3rd degree assault because HPD-13 states "no injury" hardly a red mark. Note: Later Prososky stops Cardon from doing legal research as the law librarian's paralegal stating "Hawaii Inmates receive no paralegal services" which is a lie and a fabrication to stop me from having paperwork seen by her peers with approval of services that will stop her gratuity as well, a hefty one for her to stop my law library.

January 24, 2023
IRF from Cardon showing me attachments explaining "Mutual Affray" "Petty Scuffle" and 3rd degree assault, all more appropriate charges for one who caused no injury and had NO CRIMINAL INTENT. I was trying to get away from a

criminal with a laser on my person Oct 29, 2021, the same person who pays Prososky's and Cardon's gratuity, the same man who paid Onishi to lay down the defense in my prosecution to give me the long arm of the law instead of the treatment & probation first proposed. Proven that Onishi took a prohibited transaction in Dkt. 58 in his motion to withdraw as counsel.

January 24, 2023
First time that I asked for "extra" library time. Denied by Shaw. Whoever that is, but it was addressed to Prososky. You will see a lot of this misappropriation, to a suspicious level in fact not because in a real beuracracy that may happen a bit from time to time, it seems like people are eager to deny me on paper!

January 24, 2024
Prososky intercepted Cardons IRF for legal research and denied it with asking me to request a pass as if the request she wrote on couldn't suffice as the pass, constituting an opportunity for me to give up the request or hold the "matter" off for a while, both thwarting my purpose to vindicate and report.

January 26, 2023
Asked for February lawtime, was finally given
a schedule on time for the following month,
a full day on friday for February. A full day
is from 8AM to 230PM, 6½ hours - minus
45 minutes for lunch, about 6 hours. 6 hours
is not enough for a "forced" pro se litigant
that must learn and type as he/she goes
along, I'm 55 WPM, shh. But as far as
Aug 18, 2022 through December 31, 2022 I
only had 6 law library days with absolutely
allowance for no extra days. So 4X5, four
months, five days a month equals 20 days
that I should have had. Injury "16 days" no library
due to procedural mischief by the tag in
administrative duties of Prosasky, Carson, and
Shawn, and Bradley's bad mouthing me on the law
saying, "Oh, he's always asking for something. He's
probably lying." That's calling the kettle black.
Huh, Bradley. The real crook.

INJURY
16 DAYS
LAW
4B.
Withheld.
20 Extra
days Asked
: Denied.
16 days
for your
judgement.

February 7, 2023
Prosasky Denied me a course lying about availability
I found out later that Hawaii was not being
withheld computer programing at all.

February 21, 2023
Beebe denied my call to Public Defender by

misinforming me of the true process to speak to counsel. Further, I don't have to delete numbers to add them: Federal Law say 30 numbers, Core Civic limits it to 10. I learned through this PRF that I was able to call the Public Defenders, but I can only add numbers on my "month", a 6 month period. I had to wait a month to get the public defender's number in Hawaii added to my list, in Hawaii they were hardwired into the ITS system. I feel like some of this lack of adding attorney to my phone-list is my fault, but whats the big deal in getting me a call with the Unit Manager in the meantime, with Larimore. Really!

<u>INJURY</u>: NO ATTORNEY PHONE CALLS FROM JAN TO MARCH 2023.

<u>February 27, 2023</u>
I traded my chicken dinners for two months to pay for two Hawai'in Hair Combs with Hawai'in paper-flower art painted in gilded gold. No indigent package allowed for a late christmas gift to my mother. Fine but I'm writing down anyway because I'm mad about the real corruption at Core Civic. I filled out a Release of Funds later and got it refused again. I sold more chicken trays and paid for it in March, real International Stamps with similar flowers, brought no hope once again.

## March 1 & 7, 2023

Law Library allowed at first from 1045 to 1430 which is down from 6hrs to 3hrs apx. On the 10th I talked her into Fridays from 8AM to 230PM, but then I wasn't allowed for thursdays 3hrs, so I lost 3hrs in March to rescheduling. However, No extra time was allowed, but due to that the paperwork makes it look like extra time was given then I don't expect it to be counted unless in good faith the judge believes me, and my account is true. So 5 days a Month time 6½ hours is 32.5 hrs. 32.5 hrs + the 3hrs restricted by the first permission slip is 35.5 hrs. Grand Total Apx 41 Days loss of library.

*INJURY TOTAL: Apx 41 Days loss Law Library.*

## March 8, 2023

No Release of funds is needed when inmate has indigent status. Sent out late. No injury. Scary though that this one occurrance could deny my "meaningful access" to the courts and/or DOJ to report crimes that save lives.

## March 28, 2023

Asked warehouse ribbon numbers to give to my aunt to to buy typewriter, per policy. My aunt bought typewriter and ribbons, but held by Beehler. I feel like she's being, also, mean to my aunt. 8 months, - she's withheld typewriter, scaring my

family for wondering what type of intention does that entail, does the same message go to my family, "Shut-up"?

March 10, 2023
Asked for 2 days a week for law library. Was only given one. 5 days. Injury. Grand Total: 46 Days loss of Law Library.

March 10, 2023
Denied photocopy privilidge to copy from Government Law Book: Hawaii Court Rules. Said I can print from Kiosk, but I have to hand-type it in Apache by hand! Government material is not copyrighted for applicability in Court or otherwise. Denied Injury: 3 days hand-typing. Forgiven, needed to do that anyways. Grand Total 49 Days.

March 15, 2023
Inmates start threatening me and I start figuring out that many employees are getting bribes. I write to Russel. He ignores this, but I later learn that he too receives bribes, THE HEAD OF SECURITY. Confirm, call 623-266-1999, Phoenix FBI.

March 21, 2023

Around this time my case is moved to Hawaii Supreme Court because of proof of Corruption in the proceedings. I indicate that I now have more Case No's, two not criminal, but one an ODC or Office of Disciplinary Counsel for Onishi, and the other one given to me by the Supreme Court because of the misdeeds of Remigio that I didn't even know about! I ask for 3 days in April. Given only one. Injury Count is 49 but doesn't now account for "3rd day" asked for. "2nd" day withheld was calculated on March 10th's IRF. But now that I can prove Hawaii Supreme Court which was shown to Cardon and Frososky, I now say I was shorted a 2nd & 3rd day for April. 3rd day denial is another 5 days withheld. 49 + 5 = 54 days loss of law library.

INJURY
5 DAYS APRIL
LOSS LIB.
54 Days.
Total

April 11, 2023

Asked for 2 days a week because I failed with asking for 2 or 3 and received only one. May was approved for one day a week. Second day denied with prove proof of original case, ODC, and Supremcart No. Injury: 5 days loss of Library for May. Grand Jury Total 59 days loss of Law Library.

INJURY
5 DAYS
LOSS LAW
LIB MAY
59 Days
Total.

April 28, 2023
Example of Interogattories given by Cardon.

May 10, 2023
I was told, now, just before this request that deadlines are needed for extra law time. I gave four legal obligations & said that I needed to reference legal material for what my deadlines are for my purpose, either RULE 40, or Habeas Corpus, or (?). Very politely I ask for extra time, exactly 1 year from my Sentence date, and get denied. Very little do I know, my Habeas Corpus deadline, theoretically, is over. Prososky states that deadlines are provided by the court. But this document from the court is hardly ever provided, and she knows this! Furthermore, is there not legislative material in the C.F.R. and other Court Rules Handbooks citing deadlines. I showed her this and she said, "humph, that's what a deadline. Let me see the document." I showed her the receipts from Hawaii Supreme Court for Motions I've sent and she says there is no date. Extra days denied in May. Thats 5 days extra. Grand Total Injury = 64 Days denial of law Library.

May 14, 2023 through June 14, 2023
I was attacked in my cell by two Hawaiin

<u>May 14 through June 14 2023 cont:</u>
Inmates causing 9 sutures and permanent
memory loss, or traumatic brain injury. Proof
in Financial Responsibility Plan. I was put
in seperate housing while the two inmates
were charged with crimes, I was housed
back to J Unit thru June 14, 2023. So for
1 Month due to no-ones negligence in staff's
court, I missed out on 5 to 10 days Law
Library. Total Injury 74 Days loss of Law
Library. And though at that moment that loss
of law library were two inmates who battered me,
that account was ignored for extra law library
in June to present. They, Prososky, and Cardon
were shown the Victim Copy & my medical records
proving my memory problems and extra need
for Law Library.

TOTAL
INJURY
74 DAYS
LOSS OF
LAW
LIB.

<u>June 16, 2023</u>
Denied extra law library for June. Those
days already calculated ½ for June, so 2½
days denied. I'll go ahead and round up.
Total Injury 77 days loss of Law Library. How's
my math?

<u>June 22, 2023</u>
Denied 50 FBI Addresses & 50 Major City
Police Addresses. Bradley said I could write

So I did what any caring Son of a Vietnam war hero would do for his Father & step mother do, Start the process of my part in a Nation Wide Search. Don't worry, very close to this time, I discovered that Booker is a crook who has a big shot buddy in Hollywood he's done some "dirty work" for. ~~xxxxxx~~ Anyways he denied me addresses to FBI. I already had 9. Maybe 1590(b) should be painted on his curbstone. Documented with a loud, big, Denied in his response. Notice: the ♡ next to the Master Chief next to my father's name. I thought Booker was good at the time. When the ACA came, Booker wore a Navy Tan Uniform w/o the medals to further intimidate me. And I swear to you that Booker did this, just call 423-466-1999 and ask.

---

Grand Total

Injury
3ʳᵈ Law
Jb Loss.

June 20, 2023

Denied extra library time. I actually showed them all this documentation they asked for. Asked for 2-3 days a week. In June extra permission was needed to print or copy for me but noone else. Injury total - 10 days loss of law library time for July, Grand total 87 Law Lib. Loss.

June 25, 2023
Call to Ombudman Office Denied. Illegal.

July 17, 2023
Bradley approved my records to be purchased
from Hawaii Police Department with a release
of funds that would take my balance into the
negative. these three reports prove two things:
NO INJURY & Proof I called Police before my arrest
at Straub reporting a laser-sight on my
person, the second thing being to prove &
argue NO CRIMINAL INTENT. To this day I
still have not received my records due to my
indigence & Bradley lying about getting them
for me.

July 19, 2023
Find comfort that Crawford signs off on
papers that I may print in Library. Prososky
slips, "I'll never get paid like this." Prososky
then gets into a bidding war over stopping
my future papers for their gratuity provider
offers a "gratuity-steal" for catching another
player of the game who pass's paperwork on me.
Prososky keeps her gratuity at keeping me at
only 1 day a week with only one copy. But
I demand policy 3 copies of each doc.

August 3, 2023
Crawford allows my medical transcripts
to be copied after Prososky says "Oh no,
thats not going to happen," spouting off new
Library Rules not allowing anything "but motions
for my current case, also vehemently stopping
my Missing Persons Reports, 22 page length.

August 6, 2023
I ask Bradley, since he's not allowing me
an FBI phone call for almost a year now
to allow me 100 prints of my missing persons
report. He says ask your CM or Unit Manager.
I suspect Booker another denial So I ask Crawfd

August 10, 2023
Approved by Crawford on 10th, then Prososky
walks my approved missing persons report
to Booker in SUNIT, make sure he Denies Crawford's
approval for missing persons reports then
Slaps the denial next to me at my Law
Library desk. The lump in my throat, to see
that Prososky took a walk all the way to
J to ensure my denial, stuck all the way to
the top of my throat. Missing Children, CMEC, NCR,
Nami, Suzannes Law and Nation Center for
Missing Children were all cited. I was
very, very, very, sad.

Aug 10 2023
Asked Crawford to allow me to have photo
of my injury from Sandberg. "Let him have it,"
is his permission. Sandberg said write to
Love & Shultz. They've failed to allow me
to have it either.

Aug 10, 2023
Permission for "Electronic File Transfer" denied
by Booker & Prososky after Crawford allowed.
Find the missing, National center for the missing
& exploited children, FBI, and police.

Aug 17, 2023
Denied Time Computation.

Aug 19, 2023
Prososky intercepts Cardon's mail & denies
legal research saying that Law Librarian
Paralegal does no research for Hawaii Inmates
Sounds illegal to me. That was a surprise
because as you know when I first arrived
I was given legal research.

Aug 23, 2023
Denied 130 missing Person reports by Booker &
Bradley. Please read. It makes me sad.

Aug 24, 2023

Grand Total loss of Jto 112 days Injury.

Listed 15 legal obligations, not cases, but one criminal that I was innocent, but ODC complaints and 3 civil. All corruption. Not frivilous at all! Cardon now says only 5 hours a week. That more than 1/2 my time cut down. That's 15 days Injury at No Law Library plus 10 days lost in July, thats an additional loss of 25 days a Grand Total Injury of 112 days loss of Law Library.

Aug 26, 2023
Five Denials of Legal Research because he says there's no standard. Blue below not returned.

Aug 27, 2023
Five denials of legal research citing not being able to find info. Google that shit up and lets see. The stuff written below not returned.

Aug 29, 2023
3 denials of Legal Research. Denied! blue writing not returned.

Aug 29, 2023
9 denials of legal research. He's confused. blue writing not returned.

Aug 31, 2023
Bradley failed to pay for my police records
though he charged my account to the negative.

injury
total
122
loss of
Law. Days.

Aug 31, 2023
Denied Law Library for September. 10 days
Denied. Injury total 122 loss of Law Lib.

Sep 1, 2023
3 denials of legal research. No way to obtain
info because there is no standard. Ethical
Suit Standard?

September 5, 2023

Injury
Total:
(correction)
118 days
loss of
law Lib.

Approved one day a week with a ½ to 45
min argument gauranteed needed to get
even one copy. Time line was started in
August. Thats 4 days I had actually
from 10 days loss. Injury total 118 days
loss of Lib.

September 6, 2023
This legal letter was forced to be split up by
Freeman under the order of Beehler & Murray
into 1oz envelopes at first, then they finally
gave in and sent it out in 3 manila envelopes
and charged me 36 oz for the whole month.
It was against their gratuity provider's

Wishes for me to apply for SSA. Too much power out the gate to get-away. Truth. Yes all 3 of them are in embezzlement Schemes too. Truth. Call FBI.

Sep 21, 2023
Weird the warden starts ignoring my request for law library time.

September 22, 2023
BS from business dpt.

Grand
Total
Loss of
Law Lib.
128 days

September 28, 2023
Oct 16, 2023 I was denied even a whole day for Oct. Notice she took 16 days from my third request for law lib. time. Injury 10 days loss of library time. Grand Total Loss of Lib 128 days loss of law lib. This is an intercept and a "tie — she's seen my deadlines.

Oct 5, 2023
Denied addresses by CM fields, now under arrest for saying "maybe your dad is happy in captivity." Honest Truth. Call FBI.

Oct 8, 2023
Denied mail for new glasses.

October 16, 2023
Denied Legal Research. Prososky intercepted
Cardon's mail and cited Hawaiin Inmates as
inmates treated poorly compared to the rest.
US Const 14 Amendment Violation, 6th too.

Oct 17, 2023
Denied Constitution.

Oct 17, 2023
Denied U.S.C.

Oct 18, 2023
Mail never sent. Mail Room good under Bechler's BS.

Oct 19, 2023
Denied the Black Law Dictionary, per policy.

Oct 19, 2023
Denied 4 constitutions, & 5 Statutes.

Oct 25, 2023
Contract Monitor is now also Hawaii's paralegal?
Bechler wouldn't approve anything anyway—
not even a 1040.

Oct 25, 2023
Denied U.S.C., Bill of Rights, two Victim Bill of Right

One police proceedure, and on witness rights.

Oct 25, 2023
Approved for 2½ hours for November. Don't think this is because of my requests. Remember back to him saying, only 3 hours a week is proceedure. That was 1977 for the day. They get paid to with hold my library. Injury Nov 15 days Loss of Law Grand Total 143 Loss of Law lib. Asked for 3 days. w/ Proof.

Grand Total Law lib 085 143 days

Nov 3, 2023
Intercepted. Denied the Hardcover Merriams Websters Collegiate Dictionary.

Nov 8, 2023
Denied Court Cloths by Folto, also a paid member of Core Civic's naftia. Ask FBI if it's a criminal organization!

Nov 8, 2023
Verified all 4 conditions to recieve 1 whole extra day, yah! Big Jay won some!

Nov 13, 2023  Key fob transfer Denied.

NOV 10, 2023
Denied Dictionary.

NOV 10, 2023
Copyright.gov material requested to be
broken up into smaller packages so
they can count easier.

NOV 15, 2023
Denied Dictionary

NOV 23, 2023
Murray denied my FBI mail 6 times, just
ask Paul Delacourt, lead investigator FBI
Hawaii.

NOV 25, 2023
Denied CFR, Address, USCA, Bill of Rights

NOV 28, 2023

Denied Keyfob transfer

Dec 1, 2023
Denied Keyfob transfer    Merry X-mas   Missing Person's Report on FOB

Jan 10, 2023
APX Injury 1&3 loss of Law Lib.

(2) Defendant(s)                    **COUNT II**

1. State the constitutional or other federal civil right that was violated: Pinal County
Denied my DOJ Reports & Law Suits

2. **Count II.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☒ Mail
   - ☒ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☒ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

CONCLUSIVELY VERIFIABLE that Pinal County Supreme Court has been Part of Cece Cryo Criminal Activity some full participants, some too scared to resist some hurt and/or forced into retirement: Embezzlement, Bribes, and Perersion of Official Action.

All 100% TRUE VERIFIABLE 623-466-1999

They denied my Suit for injunctive Relief and for Access to Court and the DOJ to reduce my coverage of crime Reports given to DOJ & FBI.

I am to shocked that a Supreme Court Would Embezzlo & Handle Bribe & Pervert Official Court Action.

Please Help by taking over Jurisdiction.

Oath: Jason Fletcher. Please assert as Cognizable Basis for Relief.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).

Stopped Reports to DOJ - MALICIOUS & 1590(b) is a common charge given to someone who obstructs justice when in injured law enforcement to save captives. I am suffering & INJUNCTIVE RELIEF TO BETTER HELP LAW FREE CAPTIVES. The Patriot 09/07/76

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? Saguaro does not follow proceedures.    ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count II?    ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?    ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Intimidated & Retaliated by Saguaro Staff & Pinal County's rediculous letters - strange & Intimidating.
   
   VERIFY PHX FBI 623-466-1999

4

(1) Defendant(s)                    **COUNT III**

1. State the constitutional or other federal civil right that was violated: Arizona Governmental Agencies Unknown to defendant in Collusion OR Fault. @

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities          ☐ Mail              ☐ Access to the court      ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property          ☐ Exercise of religion     ☐ Retaliation
   ☐ Excessive force by an officer  ☐ Threat to safety  ☒ Other: Continuing Investigation .

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Please note that Petitioner is a helper to DOJ and is an expert medium at present. Needing time and ability to add facts as facts are learned about Governmental liability at the nominal/injunctive level to the plausably not liable to medium but unknown to such level of Core-CIVIC wrong doings.

   RICO investigations are ongoing with Core-CIVIC Crime Members, Pinal County, Eloy, Casa Grande, Phoenix & even other States. VERIFY 623-466-1999

   Investigations are ongoing.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Scared and needing injunctive Relief (1) 3days law library a week (2) 200 free copies a month (3) Hypoglycemic Diet (4) $100.00 Commissary because $ was embezzled & Verifiable through ATF-FBI 623-466-1999.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? Sequoia follows NO rules          ☐ Yes  ☒ No
   b. Did you submit a request for administrative relief on Count III?          ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?  ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Retaliation — DB. Time to stop my law library & Denial of Commissary when I have more ability to pay than all. 623-466-1999.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

### E.  REQUEST FOR RELIEF

State the relief you are seeking:

1) Nominal Immediate Check for $15000.00 for Commissary & Release funds & Sting Work for DOJ.

2) 3 days Law Library Mandatory a week & 200 Copies up to 35 pages a ped Copie if needed.

3) ~~Hypoglycemic Extra Bag Meal at Night; 2 Ensures; Vitamin Pack~~ (623-466-1999 Hypoglycemia Verifiable.)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __October 20, 2024__
DATE

__Jason Fletcher 09/07/76__
SIGNATURE OF PLAINTIFF
THE PATRIOT 'HU-RAH'

__Pro Se Litigant Self Innocent__
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

VERIFY PHX FBI 623-466-1999

__Jason Fletcher 09/07/1976__
(Signature of attorney, if any)

__1252 East ANca Road__
(Attorney's address & telephone number)

$0.00 on Spendable Account

### ADDITIONAL PAGES
First Amended Complaint may come later at evidence hearing.

All questions must be answered concisely in the proper space on the form.  If you need more space, you may attach no more than fifteen additional pages.   But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

Please Send a Copy to DOJ in PHX:
FBI 21711 N. 7th Street; Phoenix AZ 85024
(Not Sending to DOJ Circumstancial Conniving & or Denial to a 1915 frivilous is too.)

Certified copies not Appropriate.[6] J.F. 10/20/2024
they are all receiving criminal charges-DOJ.